IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 67.10.11.66

**ISP:** Spectrum
**Physical Location:** McAllen, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 05/29/2019 23:07:34 | 1013AD59CD964D5872750551C25A1DAFE10CF33C | Sex For Three By The Sea |
| 10/22/2018 00:37:11 | 88B5AD264175FF6D7EF35689A94CF740C83C0D9B | Hot Fitness Sex |
| 10/17/2018 01:36:20 | A914D6790C1F2E142F033E9CD3B81845A941BCCD | Sex And Fashion A Threeway Project |
| 07/12/2018 23:00:09 | A2D70246491384CDC9AC2B326158AEB85F5646B6 | Blowjob or Blowfish |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

STX291