United States District Court
Southern District of Texas
**ENTERED**
November 06, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 4:19-cv-02313 |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE, subscriber assigned IP address ) | |
| 67.10.11.66, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL

In accordance with the plaintiff's Notice of Dismissal Without Prejudice, (Docket Entry No. 16), this action is dismissed without prejudice.

SIGNED on the 6th day of November, 2019.

_____
Lee H. Rosenthal
**UNITED STATES DISTRICT JUDGE**

1